# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ISHITA GANGULY,

    Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.,

    Defendant

**Case No.: 2:12-cv-0015-CDJ**

FILED
JUN 1 4 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice without cost to either party.

/S/ Richard A. Kessler

Richard A. Kessler, Esquire
Centre Square – West Tower
1500 Market Street, 41st Floor
Philadelphia, PA 19102
Phone: (215) 735-8000
Fax: (215) 735-3366
Email: rkessler@kesslerlaw.us
Attorney for the Defendant

Date: June 14, 2012

/S/ Craig Thor Kimmel

Craig Thor Kimmel, Esquire
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
Email: kimmel@creditlaw.com
Attorney for the Plaintiff

Date: June 14, 2012

BY THE COURT:

_____
C. DARNELL JONES, II    J.